75,459-01,02

Clerk of the Court,                                    11-23-15

    Thank you in providing a print-out to the Court dockets in Cause No. WR-75,459-01 and WR-75,459-02. However, what happened to my Response I filed to the trial habeas Court's Facts and Conclusions of law and, _All_ the witnesses affidavits that were mailed to this court separately by each individual with my Case No. listed at the top of each Six (6) affidavits?

    What are all these "Misc Document Reco"? I need to show the federal court the date my Response was filed and each affidavit, and from who. The federal Respondent is arguing I did _not_ file them, but I did. Can you please provide this information to me?

                    John Galbraith #1473442
                    Estelle Unit
                    264 FM 3478
                    Huntsville, TX 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS


NOV 30 2015


Abel Acosta, Clerk